IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS PHARMA U.S., INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA EUROPE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LIMITED, <br><br> Defendant. | C.A. No. 18-844-RGA |

## **STIPULATION OF DISMISSAL**

WHEREAS Plaintiffs Astellas Pharma Inc., Astellas Pharma U.S., Inc., Astellas Ireland Co. Ltd., and Astellas Pharma Europe Ltd. (collectively, "Astellas"); and Defendant Cipla Limited ("Cipla") are parties to a litigation relating to United States Patent No. 6,017,927 ("the '927 patent");

WHEREAS, Defendant Cipla has converted its Paragraph IV certification with respect to the '927 patent to a Paragraph III certification pursuant to which it agrees that the '927 patent, plus any other exclusivity, will expire before the requested approval of its ANDA;

WHEREAS Defendant Cipla agrees that it will not seek or accept final approval by the FDA of its ANDA on a date that is earlier than the expiration date of the '927 patent, including any extensions and/or additional periods of exclusivity to which Plaintiffs are or become entitled;

WHEREAS, pursuant to Cipla's conversion of its Paragraph IV certification to a Paragraph III certification with respect to the '927 patent, the parties have resolved this action;

IT IS HEREBY STIPULATED, by and through their counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(2), and in consideration of Cipla converting its Paragraph IV Certification to a Paragraph III certification as relayed to the FDA on August 21, 2018, Plaintiffs Astellas and Defendant Cipla hereby agree and stipulate to the following:

All claims, counterclaims and affirmative defenses of Cipla or Astellas asserted in this action are hereby dismissed without prejudice;

Astellas and Cipla shall each bear their own costs and attorney fees; and

The Court shall retain jurisdiction over the parties and this action to the extent necessary to enforce Cipla's Paragraph III conversion.

**IT IS SO STIPULATED:**

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY GALLAGHER LLP |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Arthur G. Connolly, III* |
| Jack B. Blumenfeld (#1014) | Arthur G. Connolly, III (#2667) |
| Derek J. Fahnestock (#4705) | Ryan P. Newell (#4744) |
| 1201 North Market Street | Mary I. Akhimien (#5448) |
| P.O. Box 1347 | 1000 West Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 757-7300 |
| jblumenfeld@mnat.com | aconnolly@connollygallagher.com |
| dfahnestock@mnat.com | rnewell@connollygallagher.com |
|  | makhimien@connollygallagher.com |
| *Attorneys for Plaintiffs, Astellas Pharma Inc., Astellas Pharma U.S., Inc., Astellas Ireland Co. Ltd., and Astellas Pharma Europe Ltd.* | *Attorneys for Defendant, Cipla Limited* |
| OF COUNSEL: | OF COUNSEL: |
| FITZPATRICK, CELLA, HARPER &SCINTO | Steven J. Moore<br>WITHERS BERGMAN LLP<br>1700 East Putnam Avenue<br>Suite 400 |

Robert L. Baechtold
Simon D. Roberts
Scott K. Reed
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-210

Greenwich, CT 06870-1366
(203) 302-4100

SO ORDERED this  23  day of August, 2018

_____
UNITED STATES DISTRICT JUDGE